# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Turner Ewing Jr

Case Number: 06-41583-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|
| Debtor Refund<br>TURNER EWING JR<br>15700 Providence Drive<br>Apt 113<br>Southfield, MI 48075-3125 | 2593326 | June 02, 2011 | $1,397.87 |

Dated: June 06, 2011

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755